**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TO: | October 01, 2021 |
| CORT BUSINESS SERVICES | |
| 15000 CONFERENCE CENTER DR. STE 440 | |
| CHANTILLY, VA 20151-0000 | |

| | |
|---|---|
| IN RE: | CASE NO: GK-18-03325 |
| LYDEL T LIPSEY | Chapter 13 |
| 5590 ANGELO AVE | |
| KALAMAZOO, MI 49048 | |

SOCIAL SECURITY NO: XXX-XX-0010

### TRUSTEE'S EX PARTE MOTION TO TERMINATE PAYROLL ORDER

    An order to pay Trustee was previously issued in the above referenced case to the entity from which the Debtor receives income. The chapter 13 case for the above named Debtor has been completed and the Trustee is no longer entitled to these funds.

    Wherefore, Trustee requests an order terminating the Debtor's payroll deduction order immediately and until further Order of the Court.

/s/ Barbara P. Foley
BARBARA P. FOLEY (P34558)
Chapter 13 Trustee

Copies to:

Debtor at above address

JEFFREY D MAPES PLC
29 PEARL ST NW STE 305
GRAND RAPIDS, MI 49503