UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

TO:  
CORT BUSINESS SERVICES  
15000 CONFERENCE CENTER DR. STE 440  
CHANTILLY, VA 20151-0000

October 01, 2021

IN RE:  
LYDEL T LIPSEY  
5590 ANGELO AVE  
KALAMAZOO, MI 49048

CASE NO:   GK-18-03325  
CHAPTER 13  
SOCIAL SECURITY NO:   XXX-XX-0010

### ORDER TERMINATING PAYROLL ORDER

An order to pay Trustee was previously issued on the above referenced case to the entity from whom the debtor receives income.  The chapter 13 case for the above named Debtor has been completed and the Trustee is no longer entitled to these funds.

IT IS ORDERED that deductions previously ordered to be made from payments due to the Debtor  by the entity from which the Debtor received income cease immediately until further Order of the Court.

IT IS FURTHER ORDERED that a copy of this Order be served upon the Debtor, attorney for the Debtor, the Chapter 13 Trustee and employer of the Debtor.

/s/ Barbara P. Foley  
BARBARA P. FOLEY (P34558)  
Chapter 13 Trustee

Copies to:

Debtor at above address

JEFFREY D MAPES PLC  
29 PEARL ST NW STE 305  
GRAND RAPIDS, MI 49503

END OF ORDER

**IT IS SO ORDERED.**

Dated October 5, 2021



Michelle M. Wilson  
Clerk of Court